AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ANTHONY LAMAR BAGLEY,

      Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                                                   CASE NUMBER:  3:13-cv-00138-MMD-WGC

ISIDRO BACA, *et al.*,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice. No certificate of appealability shall issue as jurists of reason would not find this procedural decision debatable.

October 17, 2013                                                    **LANCE S. WILSON**
                                                                                                     Clerk

                                                                                                    /s/ K. Rusin
                                                                                                    Deputy Clerk